ACCEPTED
14-15-00471-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/8/2015 4:26:08 PM
CHRISTOPHER PRINE
CLERK

No. 14-15-00471-CR

\* \* \* \* \* \* \* \* \*

Court of Appeals
Fourteenth Supreme Judicial District

\* \* \* \* \* \* \* \* \* \*

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/8/2015 4:26:08 PM
CHRISTOPHER A. PRINE
Clerk

RONALD KELVIN PERRY

V.

State of Texas

\* \* \* \* \* \* \* \* \*

Appeal from the 176th District Court
of Harris County, Texas
Cause No. 1386767
\* \* \* \* \* \* \* \* \* \*

## APPELLANT'S THIRD MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Comes now, the Appellant, pursuant to Rule 10.1, 10.5 (b), 386 (d), Texas Rules of Appellate

Procedure, and files this motion for an extension, and as grounds therefore, presents the following:

1.      That, RONALD KELVIN PERRY , Appellant, was convicted of Felony Murder in

the 248th District Court of Harris County, Texas in Cause No. 1386767.

2.      Appellant was sentenced to 40 years in TDC-ID on 5/8/15.

3.      Notice of Appeal was given by the Appellant on 5/12/15.

4.      Appellant's Counsel  was appointed on 5/12/15.

5.      The Appellant's brief was due to be filed on 12/2/15.

6.      Appellant's counsel has an active criminal defense trial practice and

averages three court appearances in either Harris County District or County courts per morning.

7.    Appellant's counsel also has an active Criminal defense appellate practice and is working on the following appeals and post conviction mattes:

    a.   The State of Texas vs. Marque Coleman
    b.   The State of Texas vs. Darius Brown
    c.   The State of Texas vs. Matthew Contreras
    d.   The State of Texas vs. Anthony Alegria
    e.   In re: Darryl Carter

This request for extension is not for delay but for the reason that Appellant's counsel may adequately discharge his responsibilities to Appellant and that justice may be done.

WHEREFORE, Appellant prays that the Court will grant an extension until 1/8/16.

Respectfully submitted,

EASTERLING & EASTERLING, P.C.

BY:_____
DANNY K. EASTERLING
Texas Bar Card No. 06362100
1018 Preston, Sixth Floor
Houston, TX 77002-1877
Telephone  713/228-4441
Telecopier 713/228-4072
Attorneys for Appellant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Appellant's Motion For Extension of Time in Which to file Appellant's Brief has been forwarded to the Assistant Criminal District Attorney of Harris County listed below on this the _8_ day of _____, 2015.

Harris County District Attorney's Office
Appellate Division
1201 Franklin, 6th Floor
Houston, Texas 77002

_____
DANNY K. EASTERLING

## VERIFICATION

BEFORE ME THE UNDERSIGNED AUTHORITY on this day personally appeared DANNY K. EASTERLING, who being duly sworn, deposed and said that the allegation of facts contained in the foregoing Appellant's Motion For Extension of Time In Which To File Appellant's Brief are true and correct.

_____
DANNY K. EASTERLING

SUBSCRIBED AND SWORN TO BEFORE ME on this the 8 day of _____, 2015, Notary Public in and for Harris County, Texas.

_____
NOTARY PUBLIC, STATE OF TEXAS

A. K. PEREZ
Notary Public, State of Texas
My Commission Expires
July 20, 2018